UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MODERN WOODMEN OF AMERICA, | CASE NO. 2:26-cv-00585-LK |
| Plaintiff, | |
| v. | ORDER ON MOTION FOR INTERPLEADER DEPOSIT |
| DANE R. ATTIX, DYLAN P. ATTIX, LAVON C. PEACOCK, and JULIE A. DURAND, | |
| Defendants. | |

This matter comes before the Court on Interpleader-Plaintiff Modern Woodmen of America's Motion for Interpleader Deposit. Dkt. No. 4. The motion is unopposed by Interpleader-Defendants Dane R. Attix, Dylan P. Attix, Lavon C. Peacock, and Julie Durand. Dkt. Nos. 17, 18. Having considered the unopposed motion, the Court ORDERS as follows:

(1)     Within 21 days of receipt of this Order by the Court, Modern Woodmen of America is granted leave to deliver to the Clerk of this Court a check or checks equal to its admitted liability under Certificate No. 8251378, and the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of FIVE

ORDER ON MOTION FOR INTERPLEADER DEPOSIT - 1

HUNDRED THOUSAND ONE HUNDRED THIRTY-SIX AND 15/100 DOLLARS ($500,136.15), plus applicable interest, if any; further, Modern Woodmen of America is granted leave to deliver to the Clerk of this Court a check or checks equal to its admitted liability under Certificate No. 8277369, and the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of SIX THOUSAND FIVE HUNDRED TWENTY-ONE AND 19/100 DOLLARS ($6,521.19), plus applicable interest, if any. The grand total principal to be deposited into the Registry of the Court is $506,657.34 plus applicable interest, if any.

(3)  The funds are to be deposited into the Court Registry Investment System (CRIS) as Disputed Ownership Funds (DOF) interpleader funds under 28 U.S.C. § 1335.

(4)  The Clerk of this Court shall deposit the funds distributed by Modern Woodmen of America into an interest-bearing account and maintain the same pending further orders of the Court.

Dated this 11th day of May, 2026.

Lauren King
United States District Judge

ORDER ON MOTION FOR INTERPLEADER DEPOSIT - 2