UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MODERN WOODMEN OF AMERICA, | CASE NO. 2:26-cv-00585-LK |
| Plaintiff, | AMENDED ORDER ON MOTION FOR INTERPLEADER DEPOSIT |
| v. | |
| DANE R. ATTIX, DYLAN P. ATTIX, LAVON C. PEACOCK, and JULIE A. DURAND, | |
| Defendants. | |

The Court previously granted leave for Modern Woodmen of America to deliver to the Clerk of this Court a check or checks equal to its admitted liability under Certificate Nos. 8251378 and 8277369. Dkt. No. 20. Having received notice on May 27, 2026 that the funds have been received by the Clerk, the Court amends its prior order and ORDERS as follows:

(1)     The Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $535,434.29. LCR 67(a).

AMENDED ORDER ON MOTION FOR INTERPLEADER DEPOSIT - 1

(2)      The funds are to be deposited into the Court Registry Investment System (CRIS) as Disputed Ownership Funds (DOF) interpleader funds under 28 U.S.C. § 1335. LCR 67(d).

(3)      The Clerk of this Court shall deposit the funds distributed by Modern Woodmen of America into an interest-bearing account and maintain the same pending further orders of the Court. LCR 67(b).

Dated this 28th day of May, 2026.

Lauren King
United States District Judge

AMENDED ORDER ON MOTION FOR INTERPLEADER DEPOSIT - 2